# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16CR88-20 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF PROBATION |
| | ) | |
| MONIQUE SUTTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on September 6, 2017. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a probation violation hearing was held on January 26, 2018, wherein the defendant admitted to the following violations:

1. New Law Violation – Youngstown Municipal Court;
2. Failure to Notify within 72 Hours;
3. Failure to Pay Restitution.

The magistrate judge filed a report and recommendation on January 29, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her probation.

A final probation violation hearing was conducted on February 26, 2018. Defendant Monique Sutton was present and represented by Attorney Damian Billak. The United States was represented by Assistant United States Attorney David Toepfer.

United States Probation Officer Ashley Frank was also present.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of her terms and conditions of her probation.

IT IS ORDERED that the defendant's term of probation shall continue, and is modified as follows:

1) The defendant shall continue with her current treatment program, and successfully complete the program.

2) The defendant shall refrain from the use of alcohol.

3) The defendant shall participate in cognitive behavioral program as instructed by the pretrial services and probation officer.

4) The defendant shall continue to make payments toward the balance of her restitution in the amount of $5,726.65. By the fifth business day of each month, the defendant shall report to the United States Probation Office to fill out the proper paperwork and to make a restitution payment.

All other terms and conditions of probation as previously ordered shall continue.

**IT IS SO ORDERED**.

Dated: February 26, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**